IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:97CR196 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BRYAN PARKER, | ) | ORDER TO RELEASE |
| | ) | GARNISHMENT |
| Defendant. | ) | |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against the Brian Parker, and for good cause shown,

IT IS HEREBY ORDERED that the garnishment against Casino Omaha, is released.

DATED this 21st day of November, 2006.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
JUDGE, U. S. DISTRICT COURT